IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                         NO. 4:12CR00143-03-KGB

JAMEEL L. LAWS                                                              DEFENDANT

## ORDER

Pending before the Court is a third motion for issuance of summons and for revocation of pretrial release. (Docket entry #100) For good cause shown, the motion for issuance of summons is GRANTED. The Clerk is directed to issue summons, and the United States Marshal is directed to serve summons, upon Defendant Jameel L. Laws for appearance at a revocation hearing before United States Magistrate Judge Beth Deere on May 17, 2013, at 2:00 p.m. to show cause why his pretrial release should not be revoked.

IT IS SO ORDERED this 10th day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE