IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                    NO. 4:12CR00143-03-KGB

JAMEEL L. LAWS                                              DEFENDANT

## ORDER

On May 17, 2013, a hearing was held on the Government's third motion to revoke the pretrial release of Defendant Jameel L. Laws. (Docket entry #100) Mr. Laws appeared on a summons and contested the alleged violations of release conditions. Testimony was offered on behalf of both parties.

After considering the evidence presented and argument of counsel, the motion to revoke bond is DENIED. Mr. Laws has had clean drug tests since the last revocation hearing, and now has employment. Mr. Laws will remain on bond conditions as previously imposed.

IT IS SO ORDERED this 17th day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE