IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                    No. 4:12CR00143-002 KGB

STEVEN BARNETT                                                       DEFENDANT

## ORDER

The joint motion filed under seal by the parties on May 28, 2013, (Dkt. #115) is hereby granted. The sentencing hearing scheduled for Wednesday, May 29, 2013, shall be removed from the Court's calendar.

IT IS SO ORDERED this 28th day of May, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE