IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                        NO. 4:12CR-00143-06-KGB

TENESHIA W. ROBERTS                                                         DEFENDANT

## ORDER

Pending before the Court is a motion for issuance of summons and for revocation of pretrial release. (Docket entry #117) For good cause shown, the motion for issuance of summons is GRANTED. The Clerk of Court is directed to issue summons to Defendant Teneshia W. Roberts for appearance at a hearing before United States Magistrate Judge Beth Deere on June 25, 2013, at 9:15 a.m. to show cause why her pretrial release should not be revoked.

IT IS SO ORDERED this 17th day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE