IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                       NO. 4:12CR00143-06-KGB

TENESHIA W. ROBERTS                                                   DEFENDANT

## ORDER

On this date, Defendant Teneshia Roberts appeared before the Court for a hearing on the Government's motions to revoke bond based on violations of release conditions, including her alleged failure to report a speeding ticket and two recent arrests for shoplifting. Ms. Roberts denied those violations, in part.

After considering argument by counsel, the motion to revoke bond (docket entry #117) and amended motion to revoke bond (#122) are DENIED. In Ms. Roberts's favor, she has maintained steady employment, an important factor to be considered for a single mother. Ms. Roberts was cautioned, however, that further violation of release conditions will likely result in her detention pending resolution of this case.

IT IS SO ORDERED this 25th day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE