IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                     NO. 4:12CR-00143-05-KGB

MILTON L. LAWS, JR.                                                   DEFENDANT

## ORDER

The United States has filed a motion for revocation of pretrial release. (Docket entry #141) A hearing on the motion is scheduled for December 10, 2013, at 2:00 p.m. before United States Magistrate Judge Beth Deere.

The Clerk is directed to issue a summons to Defendant Milton L. Laws, Jr., and deliver to the United States Marshal for service, directing his appearance at the hearing to show cause why pretrial release should not be revoked.

IT IS SO ORDERED this 27th day of November, 2013.

_____
UNITED STATES MAGISTRATE JUDGE