IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                              No. 4:12CR00143-006 KGB

TENESHIA W. ROBERTS                                               DEFENDANT

## ORDER

On December 11, 2013, defense counsel contacted the Court to notify it of a medical emergency in his immediate family. Therefore, this matter is removed from this Court's calendar for Thursday, December 12, 2013, and will be reset by amended notice.

SO ORDERED this 11th day of December, 2013.

_____
Kristine G. Baker
United States District Judge