# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                               **PLAINTIFF**

v.                  Case No. 4:12CR00143-006 KGB

**TENESHIA W. ROBERTS**                                     **DEFENDANT**

## ORDER

This matter is removed from this Court's calendar for Wednesday, January 22, 2014, and will be reset by amended notice.

SO ORDERED this 16th day of January, 2014.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge