IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                               PLAINTIFF

v.                     Case No. 4:12-cr-00143-Dft. Nos. 1, 3–5-KGB

BRENDA S. LAWS;
JAMEEL L. LAWS;
LAREKA S. LAWS;
MILTON L. LAWS, JR.                                                                         DEFENDANTS

## ORDER

This Court has appointed Jack Kearney as counsel for witness Milton Laws, Sr., in the above-referenced matter. Mr. Kearney is directed to attend the trial of this matter scheduled for 9:00 a.m. February 6, 2014, to confer with his client and address with the Court issues related to the anticipated testimony of Milton Laws, Sr.

SO ORDERED this 5th day of February, 2014.

_____
Kristine G. Baker
United States District Judge