IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.            Case No. 4:12-cr-00143-Dft. No. 3-KGB

JAMEEL L. LAWS                                                       DEFENDANT

## ORDER AUTHORIZING ISSUANCE OF SUBPOENA

The Court yesterday granted defendant Jameel L. Laws's motion for issuance of subpoena in a criminal case (Dkt. No. 194). Due to weather, Jameel Laws was unable to call his witnesses today.

Therefore, it is hereby ordered that pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, a second subpoena be issued:

(1)   TO:   Christopher Evans
            10 Pinewood Ct.
            Jacksonville, AR 72076

(2)   TO:   Medea Shepard
            4111 W. 7th Avenue
            Pine Bluff, AR 71603

Mr. Evans and Ms. Shepard are to report to the courthouse on Monday, February 10, 2014. If the courthouse is closed on that day, they are to report on Tuesday, February 11, 2014. If the courthouse is closed both days, they are to report on Wednesday, February 12, 2014.

As counsel for defendant has been appointed by the Court under 18 U.S.C. § 3006A, pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, the United States Marshal shall serve the accompanying subpoena free of costs.

SO ORDERED this 7th day of February, 2014.

_____
Kristine G. Baker
United States District Judge